DONALD J. CAPPELLETTI *vs.* MAURICE SULLIVAN, JR., & others.  June 11,
1970.  This is an appeal by Maurice Sullivan, Jr., and Lawrence Sullivan
from a decree of the Probate Court for Middlesex County allowing the will of
Helen F. Sullivan, late of Cambridge.  The will left all her estate to her nieces,
Paula M. Doyle, Ann G. Cappelletti, and Marian L. Shaw, and her nephew
Paul T. Shaw.  Donald J. Cappelletti, the husband of a niece, was named
executor.  The appellants did not appeal from the denial of a motion for fram-
ing jury issues which they filed.  The case was tried on the merits, the issues
being due execution, soundness of mind, and undue influence.  There was a full
hearing lasting ten days before the judge whose findings based on conflicting
evidence will not be reversed unless plainly wrong.  Complete examination
of the testimony demonstrates that we cannot say that his ruling was plainly
wrong.  It would serve no useful purpose to restate this evidence.  The decree
allowing the will is affirmed.  We are not faced with any question concerning
an equity suit between the parties to set aside the transfer of real estate made
by Helen F. Sullivan on the same date the will was executed.

*So ordered.*

*Christopher Pilavis* for Maurice Sullivan, Jr., & another.
*George J. Litif* for Donald J. Cappelletti.